AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____Delaware_____

ROSA GLOVER,
Plaintiff,

V.

PHILADELPHIA MARINE TRADE ASSOCIATION-
INTERNATIONAL LONGSHOREMEN ASSOCIATION
CONTRACT BOARD,
Defendant.

**ALIAS**
SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 - 122

TO: (Name and address of Defendant)  Philadelphia Marine Trade Association-International Longshoremen Association Contract Board c/o

Philadelphia Marine Trade Association
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Martin
Martin & Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     3/3/08
CLERK                                                         DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  DATE: 03/20/08

NAME OF SERVER (PRINT): Mark C. Trimble    TITLE: Special Designated Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): The Corporation Trust Company
  Scott Lascala

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $21.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/20/08 10:40am

Signature of Server: Mark C. Trimble

Address of Server: P.O. Box 5816, Wilmington, DE 19808

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.