AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

ROSA GLOVER,
Plaintiff,

v.

PHILADELPHIA MARINE TRADE ASSOCIATION-
INTERNATIONAL LONGSHOREMEN ASSOCIATION
CONTRACT BOARD,
Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 - 1 2 2

TO: (Name and address of Defendant)   Philadelphia Marine Trade Association-International
Longshoremen Association Contract Board c/o

Longshoremen of Delaware, Inc. trading as
International Longshoremen Association
c/o Arthur Wilson
200 S Claymont St
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Martin
Martin & Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(By) DEPUTY CLERK

3/3/08
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 03/20/08 |
| NAME OF SERVER (PRINT) Mark C. Trimble | TITLE Special Designated Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Reggie White
200 S. Claymont St., Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $21.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/20/08    [signature]
            Date         Signature of Server

10:51am

PO Box 5816
Wilmington, DE 19808-0816
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.