IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSA GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-122-SLR |
| | ) |
| PHILADELPHIA MARINE TRADE | ) |
| ASSOCIATION – INTERNATIONAL | ) |
| LONGSHOREMAN ASSOCIATION CONTRACT | ) |
| BOARD, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Rosa Glover and Defendant Philadelphia Marine Trade Association – International Longshoreman Association Contract Board ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

(1)    The time for Defendant to move, answer or otherwise plead in response to the Complaint is extended to and including May 1, 2008.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| MARTIN & WILSON, P.A. | BUCHANAN INGERSOLL & ROONEY |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Jennifer M. Becnel-Guzzo |
| Jeffrey K. Martin, Esquire (#2407) | Jennifer M. Becnel-Guzzo, Esquire (#4492) |
| 1508 Pennsylvania Avenue | 1000 West Street, Suite 1410 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 777-4681 | (302) 552-4200 |
| jmartin@martinandwilson.com | jennifer.becnelguzzo@bipc.com |
| *Attorneys for Plaintiff Rosa Glover* | *Attorneys for Defendant Philadelphia Marine Trade Association – International Longshoreman Association Contract Board* |

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE