## IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF DELAWARE

ROSA GLOVER     :
          :
    **Plaintiff,**   :
          :
    **v.**      :  **CIVIL ACTION NO. 08-122**
          :
PHILADELPHIA MARINE TRADE :
ASSOCIATION - INTERNATIONAL :  **JURY TRIAL DEMANDED**
LONGSHOREMEN ASSOCIATION :
CONTRACT BOARD    :
          :
    **Defendant.**  :

## DEFENDANT'S MOTION TO DISMISS

Defendant Philadelphia Marine Trade Association - International Longshoreman Association Contract Board hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

Because Plaintiff's underlying charge of discrimination was not timely filed with the EEOC, her claim for religious discrimination is untimely.  As a result, the Complaint fails to state a claim upon which relief may be granted and should be dismissed with prejudice.  In support of its motion, Defendant incorporates by reference the reasons articulated in its Memorandum of Points and Authorities in support of its Motion to Dismiss.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

BY: _____
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant*

Dated: May 1, 2008

### IN THE UNITED STATES DISTRICT COURT
### FOR THE  DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSA GLOVER** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 08-122** |
| | : | |
| **PHILADELPHIA MARINE TRADE** | : | |
| **ASSOCIATION - INTERNATIONAL** | : | **JURY TRIAL DEMANDED** |
| **LONGSHOREMEN ASSOCIATION** | : | |
| **CONTRACT BOARD** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

      **AND NOW**   on this ____ day of _____, 2008, upon consideration of Defendant Philadelphia Marine Trade Association - International Longshoremen Association Contract Board's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and any response thereto, **IT IS HEREBY ORDERED THAT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE IS GRANTED.**

 

_____

                                        J.