IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSA GLOVER,<br><br>        Plaintiff,<br><br>        v.<br><br>PHILADELPHIA MARINE TRADE<br>ASSOCIATION- INTERNATIONAL<br>LONGSHOREMAN ASSOCIATION<br>CONTRACT BOARD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-122 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between plaintiff Rosa Glover and defendant Philadelphia Marine Trade Association-International Longshoreman Association Contract Board, by and through their undersigned counsel, that plaintiff's claims against the defendant are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

| **MARTIN & WILSON, P.A.** | **BUCHANAN INGERSOLL & ROONEY** |
|---|---|
| /s/ Jeffrey K. Martin<br>Jeffrey K. Martin (No. 2407)<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4861<br>*Attorneys for Plaintiff Rosa Glover* | /s/ Jennifer M. Becnel-Guzzo<br>Jennifer M. Becnel-Guzzo (No. 4492)<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200<br>*Attorneys for Defendant Philadelphia Marine*<br>*Trade Association - International*<br>*Longshoreman Association Contract Board* |
| Date: June 18, 2008 | Date: June 18, 2008 |

#1012298-v1